AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Paul Forsythe<br><br><br>*Plaintiff(s)*<br>v.<br>Starboard Yacht Group, L.L.C. a Florida limited liability company, and Jake Stratmann, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br><br>0:22-cv-60854-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Starboard Yacht Group, L.L.C.
c/o Registered Agent - Matthew J. Valcourt
Valcourt and Associates, LLC
850 N.E. Third Street - Suite 208
Dania Beach, Florida 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chris Kleppin, Esq.
The Kleppin Law Firm
8751 West Broward Boulevard
Suite 105
Plantation, Florida 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      May 5, 2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | | |
|---|---|---|
| Paul Forsythe | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | |
| Starboard Yacht Group, L.L.C. a Florida limited liability company, and Jake Stratmann, an individual, | ) ) ) ) | 0:22-cv-60854-RAR |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jake Stratmann
850 N.E. Third Street - Suite 208
Dania Beach, Florida 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chris Kleppin, Esq.
The Kleppin Law Firm
8751 West Broward Boulevard
Suite 105
Plantation, Florida 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  May 5, 2022

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS