<u>**RETURN OF SERVICE**</u>

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22-CV-60854-RAR

Plaintiff:
**PAUL FORSYTHE**

vs.

Defendant:
**STARBOARD YACHT GROUP, L.L.C., a
Florida limited liability company, and
JAKE STRATMANN, an individual**

For:
Chris Kleppin, Esq.
8751 WEST BROWARD BOULEVARD
#105
PLANTATION, FL 33324

Received by Lightning Process Services on the 6th day of May, 2022 at 2:14 pm to be served on **STARBOARD YACHT GROUP, L.L.C BY SERVING MATTHEW J. VALCOURT, REGISTERED AGENT, 850 N.E. 3RD STREET, #208, DANIA BEACH, FL 33004**.

I, Willie  Wiggins Jr., do hereby affirm that on the **9th day of May, 2022** at **9:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TERESA LARUSSO** as **OFFICE MANAGER** a person employed therein for **STARBOARD YACHT GROUP, L.L.C,** at the address of: **850 N.E. 3RD STREET, #208, DANIA BEACH, FL 33004**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the 17th judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of Service and the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

_____
**Willie  Wiggins Jr.**
1143

**Lightning Process Services
12590 Pines Boulevard
#260748
Pembroke Pines, FL 33026
(954) 243-9579**

Our Job Serial Number: WIG-2022001395

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2d