**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CIV-60854-RAR**

**PAUL FORSYTHE**,

Plaintiff,

v.

**STARBOARD YACHT GROUP, LLC,** *et al.*,

Defendants.
_____/

<u>**ORDER OF RECUSAL**</u>

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of May, 2022.

_____
**RODOLFO RUIZ II**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** __Raag Singhal_____.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

__22-cv-60854-AHS_____

**BY ORDER** of the Court this _____31st_____ day of May, 2022.

ANGELA E. NOBLE
Clerk of Court

By: /s/ Bryan J. McGuinness
Deputy Clerk

copies provided to:
counsel of record
Clerk of Court