UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60854

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida
limited liability company; and JAKE
STRATMANN, an individual

     Defendant.

_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1., Defendants Starboard Yacht Group, LLC, and Jake Stratmann, submit their Certificate of Interested Parties and Corporate Disclosure Statement.

### CERTIFICATE OF INTERESTED PARTIES

1. Paul Forsythe – Plaintiff;

2. Kleppin Law Firm – Plaintiff's counsel's law firm;

3. Starboard Yacht Group, LLC;

4. Jake Stratmann;

5. Cole, Scott & Kissane, P.A. – Defendants' counsel's law firm.

### CORPORATE DISCLOSURE STATEMENT

Defendant Starboard Yacht Group, LLC, has no parent corporation and no publicly held corporation owns more than 10% of its stock.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of June, 2022, a true and correct copy of the

foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which

will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (305) 350-5338
Facsimile (305) 373-2294
Primary e-mail: edward.polk@csklegal.com
Secondary e-mail: edward.polk@csklegal.com

By:  s/ Marc A. Rapaport
EDWARD S. POLK
Florida Bar No.:  239860
MARC A. RAPAPORT
Florida Bar No.: 1008359

0439.0817-00/-1

**«FIRM_NAME_LINE_1»**

COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX