UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

     Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Paul Forsythe, by and through undersigned counsel, and Pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby files his Certificate of Interested Persons and Corporate Disclosure Statement:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

     a.     Paul Forsythe, Plaintiff

     b.     Chris Kleppin, Esq., Counsel for Plaintiff

     c.     The Kleppin Firm, P.A., Counsel for Plaintiff

     d.     Starboard Yacht Group, LLC, Defendant

     e.     Jake Stratmann, Defendant

f.        Marc A. Rapaport, Esq., Counsel for Defendants

g.        Cole Scott & Kissane, P.A. Counsel for Defendants

2.        The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

None.

3.        The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.        The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Paul Forsythe

The undersigned hereby certifies that, except as disclosed above, Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 8, 2022                        Respectfully submitted,

By: /s/ *Chris Kleppin*
Chris Kleppin
Fla. Bar No. 625485
ckleppin@gkemploymentlaw.com
The Kleppin Firm, P.A.
*Attorneys for Plaintiff*
8751 W. Broward Blvd
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Secondary E-Mails:    assistant@gkemploymentlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 7, 2022 a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Chris Kleppin*
Chris Kleppin