UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

     Defendants.

_____/

### PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, Paul Forsythe ("Forsythe"), through counsel, files this Statement of Claim, and states:

### PRELIMINARY STATEMENT

The calculations contained herein are made preliminarily and are subject to change once Forsythe obtains his time and pay records from the Defendants and as discovery in the case proceeds.

### STATEMENT OF CLAIM

Forsythe has a claim that goes back approximately 3 years. Within the past three (3) years (very early 2020 to August 2020), Forsythe worked for the Defendant performing various duties: Forsythe worked under the title "Project Manager", which duties at first included performing manual labor fixing boats, attempting to bring in business (boat owners with their boats) and whatever other tasks to which I was assigned, and is compensation was to be $25hr which translated to approximately $1,000wk.  Forsythe had no ability to hire or fire anyone (nor did he hire or fire anyone) and he did not regularly and customarily direct work of any employee, much less two or more full-time workers.

Forsythe was a non-exempt employee entitled to overtime. Forsythe's job was a full-time position worked forty (40) hours a week. Forsythe worked the forty (40) hours required of him for the job but was not paid time and one-half for all hours worked in excess of forty (40) during a workweek.

Forsythe worked in excess of forty (40) hours per workweek, typically 60-70 hours per week on average.  He was paid $25/hr.  So, for 20 overtime hours at an overtime rate of $37.50/hr for 30 weeks totals $22,500.00.

The Defendants should have partial accurate records of hours worked. Forsythe cannot provide a more accurate calculation without first obtaining the time and pay records that the Defendants possess.

Dated: June 21, 2022                                  Respectfully submitted,

By: /s/  *Chris Kleppin*
       Chris Kleppin
       Fla. Bar No. 625485
       ckleppin@gkemploymentlaw.com
       The Kleppin Firm, P.A.
       *Attorneys for Plaintiff*
       8751 W. Broward Blvd
       Suite 105
       Plantation, FL 33324
       Tel. (954) 424-1933
Secondary E-Mails:   assistant@gkemploymentlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 21, 2022 a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  *Chris Kleppin*
Chris Kleppin