UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

     Defendants.

_____/

## NOTICE OF COMPLIANCE

Plaintiff, Paul Forsythe, by and through undersigned counsel, hereby provides Notice that

he served defense counsel with a courtesy copy of the Court's Order [DE 10] on June 8, 2022,

and a copy of Plaintiff's Statement of Claim [DE 13] and on June 21, 2022.

          Respectfully submitted,

          By: /s/ *Chris Kleppin*
              Chris Kleppin
              Fla. Bar No. 625485
              ckleppin@gkemploymentlaw.com
              The Kleppin Firm, P.A.
              *Attorneys for Plaintiff*
              8751 W. Broward Blvd
              Suite 105
              Plantation, FL 33324
              Tel. (954) 424-1933
    Secondary E-Mails:    assistant@gkemploymentlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 21, 2022 a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Chris Kleppin*
Chris Kleppin

2