# Employee Contract cont.

Re:    Compensation Program

On behalf of Starboard Yacht Group LLC, I am pleased to offer you the position of Parts Manager and Service Coordinator and Sales Assistant as your position with Starboard Yacht Group.   Your interest in the Yachting industry, work experience and parts background our suitable for the positon and Starboard Yacht Group has made it clear that you understand the role and have the background to succeed in the job.   The details of your program are as follows.

- Prime Responsibilities:
    - To grow the Gross Margin of the Company in all product lines.
    - Develop vendor relationships and perform research for all ordered parts and materials to ensure all purchases made yielding a target SYG 30% gross profit if below retail and / or best price possible.
    - To manage the parts sourcing, ordering, issuing of PO's, inventory, inventory control, company equipment and distributing / managing of all parts and equipment to both engineering and paint / fiberglass divisions.
    - Assist with shop organization, security, shop safety and general good housekeeping all parts and service areas.
    - Assist with the estimating and invoicing for all divisions of SYG.
    - Work with account manager to collect records and assist with the billing of all parts and customers invoicing.
    - Assist with Estimates / work order updates / invoicing of all jobs in regards to parts and service.
    - Assist Project Manager with proper updating and execution of work order tracking on all parts and labor work orders.
    - Assist Project Manager with the tracking of work in process vs estimates for on track / off track reporting.
    - Work with Service manager and Project Manager to determine best work flow and work schedule for all engineering and paint work.
    - To work with the president to create and establish an organization with clearly defined roles and responsibilities which hold people accountable.
    - Work to Implement EOS process
    - Work with the company's core values and vision
    - To improve upon general office practices.
    - To maintain and control all required detailing and engineering supplies and stocked inventory levels for such supplies.
    - To assist with the enforcement of all Company policies and procedures.
    - Take Assignment and Accountability for specific Projects for Management
    - Update Customers of service schedules, parts schedules, estimate requests and completion of work
    -

# Employee Contract cont.

- Authority:
  - Management of the Starboard Yacht Group Shop and Parts department.
  - Purchase of consumable supplies and parts.
  - Employee / Sub Contractor discipline

- Restrictions:
  - Your personal expense reports must be approved by the President prior to being processed for payment.
  - Price rate changes, legal actions, indebting the company, granting of loans, changes to policies, the purchasing of assets require President written approval.

- General Compensation:
  - 55,000.00 Per Year Base Salary with 1 week paid vacation accrued as per handbook.

- Sales Compensation:
  - Sales Plan for parts and / or Seakeeper will be discussed and agreed to within the 90 days of your employment.

Please acknowledge your acceptance of this package by signing below and executing a soon to come Non Disclosure agreement.  You will also need to execute an application and provide all necessary personal info as per employer rules and regulations.

Jake Stratmann

President

Starboard Yacht Group LLC.

Accepted:

_____   1-6-20

Paul                                              Date: