UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60854-SINGHAL/VALLE

PAUL FORSYTHE,

    Plaintiff,

v.

STARBOARD YACHT GROUP LLC,
a Florida limited liability company, *et al.*,

    Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Raag Singhal's Order referring the case to the undersigned for an early Settlement Conference. *See* (ECF No. 10).

Accordingly, a Settlement Conference will be held on **Tuesday, November 15, 2022 at 11:00 a.m.** The Settlement Conference will be conducted telephonically. Accordingly, shortly before the Settlement Conference, all parties shall call (646) 828-7666 and, when prompted, enter meeting ID 160 280 1459, and passcode 1234. **ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION**. All attendees should allocate a minimum of three hours for the Settlement Conference.

By **Tuesday, November 8, 2022**, each party shall email (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov. Each Statement shall not exceed five (5) double-spaced pages. Plaintiff's Confidential Settlement Statement must also specify counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the submission, including billing records to support the fees and costs incurred.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on September 13, 2022.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Raag Singhal
    All Counsel of Record