UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

    Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

    Defendants.

_____/

## AMENDED JOINT SCHEDULING REPORT

Plaintiff, Paul Forsythe ("Plaintiff") and Defendants, Starboard Yacht Group, LLC and Jake Stratmann ("Defendants"), hereby submit this Amended Joint Scheduling Report pursuant to S.D. Fla. Local Rule 16.1, and this Court's Order [DE 23]. The parties conferred via telephone on April 5, 2023 and by e-mail on April 10, 2023, and in addition to determining the appropriate case management track, developing a case management plan and discussing settlement in good faith, the following was required to be considered and reported by the Court's Order and the Local Rule.

**A.**    **Likelihood of Settlement**

The parties explored the possibility of settlement and discussed settlement. The parties attended settlement conference before Magistrate Judge Alicia O. Valle: Settlement Conference held on 11/30/2022 and the Parties reached an impasse. [DE 22]. The parties will continue to explore the possibility of settlement. The parties will attend court-ordered mediation.

**B.**    **Likelihood of Appearance of Additional Parties**

At this time, the parties do not anticipate the appearance of additional parties but have set forth a deadline for amendment below in the attached Joint Proposed Scheduling Order.

**C.      Proposed Deadlines**

The parties agree that this case should be placed on a Standard Track. *See* Joint Proposed Scheduling Order.

**D.      Proposals for the Formulation and Simplification of Issues**

The parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate claims or defenses found through discovery to be lacking in merit, to obtain admissions of fact and of documents which will avoid unnecessary proof at trial, and to avoid unnecessary discovery.

**E.      Amendments to the Pleadings**

None at this time, but deadline to amend is set forth in the Proposed Scheduling Order.

**F.      Possibility of Obtaining Admissions of Fact and of Documents**

None at this time.  However, the parties will confer after discovery has been conducted regarding the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence.

**G.      Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties have no suggestion at this time but will confer after discovery has been conducted regarding suggestions for the avoidance of unnecessary proof and of cumulative evidence.

**H.      Referral of Matters to Magistrate Judge or Master**

The parties will refer initial discovery matters and all non-dispositive motions to the Magistrate Judge. The parties do not consent to a trial before United States Magistrate Judge at this time.

2

**I.       Estimated Time for Trial**

The parties estimate that the trial will take 3 days. The case shall be on a Standard Track.

Dated: April 10, 2023.

| | |
|---|---|
| s/ Allyson Kisiel | s/ Marc A. Rapaport |
| Allyson Kisiel, Esq. | Marc A. Rapaport, Esq. |
| Florida Bar No. 91506 | Florida Bar No. 1008359 |
| allyson@klklawfirm.com | Marc.rapaport@csklegal.com |
| allyson@kleppinlaw.com | Cole, Scott & Kissane, P.A. |
| The Kleppin Law Firm | 9150 South Dadeland Boulevard |
| 8751 West Broward Blvd., Suite 105 | Suite 1400 |
| Plantation, Florida 33324 | Miami, Florida 33256 |
| Tel: 954-424-1933 | Tel: 305-350-5338 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2023 a true and correct copy of the foregoing was

electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF

on all counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Allyson Kisiel
Allyson Kisiel, Esq.