UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

     Defendants.

_____/

## **JOINT PROPOSED AMENDED SCHEDULING ORDER**

THIS MATTER is set for trial during the Court's two-week trial calendar beginning March 18, 2024 and Calendar Call on March 15, 2024  at 10:00 a.m.  at 10:00 a.m.

It is hereby ORDERED that the case is placed on the Standard Track pursuant to Local Rule 16.1(B)(2) and the following deadlines put in place:

| | |
|---|---|
| May 1, 2023 | If not already furnished pursuant to the initial Joint Scheduling Order, the Parties will furnish their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) |
| August 7, 2023 | Parties must select a mediator and jointly file a proposed order scheduling mediation. |
| August 21, 2023 | Parties shall file all motions to amend pleadings or to join parties. |
| November 20, 2023 | Plaintiff shall disclose expert(s) and provide expert witness reports. |
| November 27, 2023 | Defendants shall disclose expert witness(es) and provide expert reports. |
| December 4, 2023 | Parties shall exchange rebuttal expert witness summaries or reports. |
| January 8, 2024 | All discovery, including expert discovery, shall be completed. |
| January 22, 2024 | The parties must have completed mediation and filed a mediation report. |

February 5, 2024     All pre-trial motions and Daubert motions (which include motions to strike experts) are filed. This deadline includes all dispositive motions.

February 16, 2024     Deadline to file Motions in Limine.

March 4, 2024     Parties submit a joint pre-trial stipulation, proposed jury instructions, and verdict form, or proposed findings of fact and conclusions of law.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida, this ___ day of April 2023.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel of Record