UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-60854-CIV-SINGHAL

PAUL FORSYTHE,

      Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

      Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court *sua sponte*.  The deadline to select a mediator and submit a proposed order scheduling mediation was August 7, 2023 (DE [26]). The parties have failed to comply with the Court's order and have not selected a mediator or scheduled a mediation. Accordingly, it is hereby

**ORDERED** that the parties shall by **November 13, 2023,** submit a proposed order scheduling mediation or request the Clerk of Court to assign a certified mediator on a blind rotation basis in accordance with the Court's initial Scheduling Order (DE [26]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of November 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF