UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-60854

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company, and
JAKE STRATMANN, an individual,

      Defendants.

_____/

### PLAINTIFF'S REQUEST FOR CLERK TO APPOINT MEDIATOR

Plaintiff, Paul Forsythe ("Forsythe"), files this Request for Clerk to Appoint Mediator and states:

1. The parties have been unable to agree upon a mediator.

2. Pursuant to the Court's Order D.E. 27 and Local Rule 16.2, Plaintiff requests the Clerk to designate a mediator from the list of certified mediators on a blind, random basis.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of November, 2023, a true and correct copy of the foregoing was filed via the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

The Kleppin Firm, P.A.
*Attorneys for Plaintiff*
8751 W. Broward Blvd., Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax  (954) 474-7405

By:__s/Allyson Kisiel_____
      Allyson Kisiel
      Fla. Bar No. 91506