# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No.: 22-60854-CIV-Singhal/Valle

**Paul Forsythe**

           **Plaintiff,**

**vs.**

**Starboard Yacht Group LLC et al**

           **Defendant.**

_____ /

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Victor Hugo Rams, Jr.
Rams Mediation Group
5840 West Flagler Street
Miami, FL 33144
Telephone: 786-703-7008
Facsimile: 305-261-6047
Email: victor@ramsmediationgroup.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2018-34 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Three Hundred Fifty Dollars ($350) per hour, which includes the mediator's time preparing for and conducting the mediation, without compensation for travel."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(a)(2), "Format. Unless the Court orders otherwise, the parties shall decide whether their mediation conference will be conducted in person or by video-conference and, if the parties cannot agree, the mediation conference shall be held by video-conference."

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Allyson Greer Kisiel
Glasser & Kleppin, P.A.
8751 West Broward Boulevard, Suite 105
Miami, FL 33161
Telephone: 954-424-1933
Facsimile: 954-474-7405
Email: amorgado@gkemploymentlaw.com

DONE at the Federal Courthouse Square, Miami, Florida this 14th day of November, 2023.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: s/Deputy Clerk (PJ)_____

Copies to:
The Honorable Raag Singhal, United States District Judge
All Counsel of Record and/or Pro Se Parties
Victor Hugo Rams, Jr., Certified Mediator (Copy emailed)                    Rev. 2013-01