UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-60854

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company, and JAKE STRATMANN, an individual,

      Defendants.

_____/

## NOTICE OF SCHEDULING MEDIATION

Plaintiff, Paul Forsythe ("Forsythe"), files this Notice of Scheduling Mediation and states:

1. The parties have scheduled mediation for January 16, 2024 at 12:00 p.m. via Zoom videoconference with mediator Victor Hugo Rams, Jr.

2. A proposed order scheduling mediation is attached hereto.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 19th day of December, 2023, a true and correct copy of the foregoing was filed via the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

The Kleppin Firm, P.A.
*Attorneys for Plaintiff*
8751 W. Broward Blvd., Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax  (954) 474-7405

By:__s/Allyson Kisiel_____
     Allyson Kisiel
     Fla. Bar No. 91506