UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-cv-60854

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company, and JAKE
STRATMANN, an individual,

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Victor Hugo Rams, Jr. on

January 16, 2024 at 12:00 PM via Zoom videoconference.

ENTERED this ___ day of _____, 20 ___.

_____
Raag Singhal
U.S. District Judge

Copies furnished:
All counsel of record