UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60854-AHS

PAUL FORSYTHE,

     Plaintiff,

vs.

STARBOARD YACHT GROUP LLC et al,

     Defendants.

_____/

## NOTICE OF MEDIATION

DATE AND TIME:  **January 16, 2024 at 12:00 P.M.**

LOCATION:  **ALL PARTIES HAVE AGREED TO APPEAR VIA VIDEO CONFERENCING "ZOOM".**

MEDIATOR:  Certified Mediator
Victor H. Rams, Jr., Esq.
The Mediator is a neutral and may not act as an advocate for any party.

SUMMARY:  Please send a summary of the case to the mediator at least five days prior to the scheduled conference.

NOTICE:  Please notify Mr. Rams immediately of any scheduling problems. If this is Court Ordered, all parties must agree to cancel and/or reset the Mediation.

**\*2** HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was

furnished via electronic mail on this 20th day of December 2023 to:

**<u>Attorney for Plaintiff:</u>**
Allyson Greer Kisiel, Esq.
Chris Kleppin, Esq.
Glasser & Kleppin, P.A.
8751 West Broward Boulevard, Suite 105
Miami, Florida 33161
Telephone: (954) 424-1933
Primary E-mail: amorgado@gkemploymentlaw.com;  ckleppin@gkemploymentlaw.com
allyson@kleppinlaw.com

**<u>Attorney for Defendant:</u>**
Marc Alexander Rapaport
Cole, Scott & Kissane, P.A.
9150 S Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5300
Email: marc.rapaport@csklegal.com

By: */s/ Victor Rams, Jr.*
Victor H. Rams, Jr., Esq.
Rams Mediation Group
5840 West Flagler Street., Suite 2
Miami, FL 33144
(786) 703-7008
E-Mail: schedule@ramsmediationgroup.com