UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60854-AHS

PAUL FORSYTHE,

       Plaintiff,

vs.

STARBOARD YACHT GROUP LLC et al,

       Defendants.

_____/

## **MEDIATOR'S REPORT**

COMES NOW Victor H. Rams, Jr., Esq., the undersigned certified Mediator, and reports to this Honorable Court:

The Mediation held on **January 16, 2024 at 12:00 p.m.:**

_____       An Agreement was reached.

_____       Mediation Agreement attached, with the parties' consent.

\_\_X\_\_       No Agreement was reached.

_____       The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____, then it shall be considered no agreement was reached in this matter.

_____       A Pre/Post-Mediation Settlement was reached, as per information received on ____/____/____, from _____.

       */s/ Victor Hugo Rams, Jr*
       VICTOR H. RAMS, JR.
       Certified Circuit and Federal Court Mediator
       Florida Bar No.: 771732
       Certification No.: 26364R

Copies to:       5840 W. Flagler St. Miami, FL 33144
Court       Tel: (786)703-7008
Attorneys of Record       victor@ramsmediationgroup.com