UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60854-SINGHAL/VALLE

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida
limited liability company, and JAKE
STRATMANN,

     Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL

Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., move for leave to withdraw as counsel of record for Defendants Starboard Yacht Group, LLC, and Jake Stratmann, and state:

1.    Edward S. Polk, Esq., and Marc A. Rapaport, Esq., of Cole, Scott & Kissane, P.A., have previously appeared as counsel of record for the Defendants in this matter.

2.    Irreconcilable differences have arisen between the Defendants and undersigned counsel that necessitate this motion.

3.    Undersigned counsel therefore respectfully requests they be relieved of any further obligations in this matter.

4.    Once an order has been entered, all future pleadings and communications to the Defedants should be directed to Jake Stratmann at 850 NE 3 Street, Suite 208 Dania Beach, FL 33004.

1

5.      The requested withdrawal of counsel will not prejudice any party, nor should it delay trial of the case.

6.      The undersigned have conferred with the Defendants before filing this motion, but have not been able to resolve the differences.

WHEREFORE, Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., respectfully request the Court grant their Motion to Withdraw as Counsel, provide a time for successor counsel to appear and provide any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (305) 350-5338
Facsimile (305) 373-2294
Primary e-mail: edward.polk@csklegal.com
Secondary e-mail: marc.rapaport@csklegal.com

By:   s/ **Edward S. Polk**
EDWARD S. POLK
Florida Bar No.:  239860
MARC A. RAPAPORT
Florida Bar No.:  1008359