UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60854-SINGHAL/VALLE

PAUL FORSYTHE,

    Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida
limited liability company, and JAKE
STRATMANN,

    Defendants.

_____/

**[PROPOSED]**
**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

THIS CAUSE came before the Court on the Motion to Withdraw as Counsel and the Court, having considered the Motion and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

2.    Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., are relieved from any further obligations in this matter.

3.    Defendants shall have _____ days from entry of this Order to retain new counsel and have said counsel file an appearance on their behalf.

DONE AND ORDERED in Ft. Lauderdale, Florida, this ____ day of January 2024.

_____
**HON. RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**