UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60854-SINGHAL/VALLE

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida
limited liability company, and JAKE
STRATMANN,

     Defendants.

_____/

## NOTICE OF SERVICE OF MOTION TO WITHDRAW

Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., hereby give notice they have served the Motion to Withdraw [DE 37] filed on January 29, 2024, upon Defendants Starboard Yacht Group, LLC, and Jake Stratmann, in his individual capacity and as Managing Member of Starboard Yacht Group, LLC, at the following e-mail address: Jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Motion to Withdraw was served upon all counsel of record through the cm/ecf filing portal.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (305) 350-5338
Facsimile (305) 373-2294
Primary e-mail: edward.polk@csklegal.com
Secondary e-mail: marc.rapaport@csklegal.com

By:  s/ *Edward S. Polk*
_____
EDWARD S. POLK
Florida Bar No.:  239860
MARC A. RAPAPORT
Florida Bar No.: 1008359

0439.0817-00/-1