UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-60854-CIV-SINGHAL

PAUL FORSYTHE,

      Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC,
a Florida limited liability company,
and JAKE STRATMANN,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Motion to Withdraw as Counsel (the "Motion") (DE [37]), filed by Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., counsel for Defendants. The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion (DE [37]) is **GRANTED**.

2. Within three (3) days of the entry of this Order, withdrawing counsel shall send to Defendants' last known address(es) a copy of this Order and file a notice with the Court certifying same.  Upon doing so, Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq. will be relieved of all further responsibilities related to Defendants Starboard Yacht Group, LLC and Jake Stratmann in these proceedings.

3. Defendant Starboard Yacht Group, LLC shall, by **February 21, 2024**, retain new counsel, and new counsel shall file a Notice of Appearance. *Failure to comply with*

*this Order will result in a default judgment being entered against Starboard Yacht Group, LLC without further notice.*

4. Defendant Jake Stratmann shall, by **February 21, 2024**, either: (a) retain new counsel, and new counsel shall file a Notice of Appearance, or (b) file a Notice of Intent to Proceed *Pro Se*.   *Failure to comply with this Order will result in a default judgment being entered against Jake Stratmann without further notice.*

5. Defendants' deadline to respond to Plaintiff's Motion for Summary Judgment (DE [37]) is currently stayed.  Once new counsel has either filed a Notice of Appearance or, in Jake Stratmann's case, filed a Notice of Intent to Proceed *Pro Se*, Defendants will have twenty-one (21) days in which to respond.  If Defendants fail to do so, the Court will immediately consider and rule on the merits of Plaintiff's Motion for Summary Judgment.

6. Plaintiff's deadline to respond to Defendants' Motion in Limine (DE [39]) is **February 13, 2024.**

7. All other pre-trial deadlines and hearings are **TERMINATED.**  Once Defendants comply with this Order, the case will be reset for trial at the earliest possible date.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 31st day of January 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF