UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60854-SINGHAL/VALLE

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida
limited liability company, and JAKE
STRATMANN,

      Defendants.

_____/

## NOTICE OF COMPLIANCE

Cole, Scott & Kissane, P.A., Edward S. Polk, Esq., and Marc A. Rapaport, Esq., hereby give notice to this Court that they have complied with the Court's Order on the Motion to Withdraw as Counsel [DE 40] by sending, via email on February 1, 2024, and FedEx for overnight delivery on February 2, 2024, a copy of the Order [DE 40] to Defendants Starboard Yacht Group, LLC, and Jake Stratmann at the corporate and individual Defendants' address.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 2nd day of February 2024, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court Southern District of Florida which will send an automatic e-mail message to all counsel of record, and has been served by email to Starboard Yacht Group, LLC, and Jake Stratmann.

> COLE, SCOTT & KISSANE, P.A.
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (305) 350-5338
> Facsimile (305) 373-2294
> Primary e-mail: edward.polk@csklegal.com
> Secondary e-mail: marc.rapaport@csklegal.com
> Alternate e-mail:  danise.townsend@csklegal.com

By:   s/ *Edward S. Polk*

> EDWARD S. POLK
> Florida Bar No.:  239860
> MARC A. RAPAPORT
> Florida Bar No.:  1008359