UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,
     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,
     Defendants.

_____/

**PLAINTIFF'S SUPPLEMENT TO HIS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Paul Forsythe ("Forsythe"), files this Supplement to His Motion for Summary Judgment ("MSJ").

Forsythe moved for summary judgment as to the executive, administrative, and outside sales exemptions.  (See MSJ § III.D.-F.).  Each of those exemptions are affirmative defenses. *Rotondo v. Georgetown,* 869 F.Supp. 369, 373 (D. S.C. 1994) (explaining that "the assertion of an exemption from the mandates of the FLSA is an affirmative defense that is waived if it is not specifically pleaded by a defendant" (citing *Renfro v. City of Emporia,* 741 F.Supp. 887, 888 (D.Kan. 1990), *aff'd,* 948 F.2d 1529, 1539 (10th Cir. 1991))). Under Rule 8(c) of the Federal Rules of Civil Procedure, a claim of exemption is an affirmative defense that must be specifically pled or it will be deemed waived. *See Morrison v. Exec. Aircraft Refinishing, Inc.,* 434 F.Supp.2d 1314, 1318–19 (S.D. Fla. 2005). "The general purpose of [Fed.R.Civ.P.] 8(c) is to provide particularized and specific notice of certain defenses." *Renfro v. City of Emporia,* 948 F.2d 1529, 1539 (10th Cir. 1991) (citing *State Distrib. Inc. v. Glenmore Distilleries,* 738 F.2d 405 (10th Cir. 1984)). Defendants are not entitled to claim an exemption because they failed to specifically plead their exemption in their answer, and Forsythe supplements his MSJ with that information—only recently (last few days before the filing of the MSJ) did Forsythe know Defendants were claiming exemptions.  Thus, sj should be granted on the ground they were not preserved in the Answer.

2

Respectfully submitted,

By:  s/ *Chris Kleppin*
  Chris Kleppin
  Florida Bar No. 625485
  chris@kleppinlaw.com
  The Kleppin Firm, P.A.
  Attorneys for Plaintiff
  8751 W. Broward Blvd
  Suite 105
  Plantation, FL 33324
  Tel.  (954) 424-1933
  Fax  (954) 474-7405
Secondary E-mails: kel@kleppinlaw.com
      assistant@kleppinlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

By:  s/ *Chris Kleppin*
  Chris Kleppin
  Florida Bar No. 625485

2