Case 0:20-cv-60792-WPD Document 46 Entered on FLSD Docket 08/13/2020 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60792-WPD

OMAR SHIRLEY,

     Plaintiff,

vs.

STARBOARD YACHT GROUP, L.L.C.,
a Florida limited liability company, and
JAKE STRATMANN, an individual,

     Defendants.

_____/

<u>FINAL JUDGMENT</u>

THIS CAUSE came before the Court upon Plaintiff's Acceptance of the Defendants' Offer of Judgment and Request for Clerk to Enter Judgment in His Favor for $7,832.22, Plus Reasonable Attorneys' Fees and Costs [DE 43]. The Court has reviewed the Offer of Judgment and is otherwise fully advised in the premises.

Having reviewed the Offer of Judgment as well as the Parties' Joint Response [DE 45] to the Court's Order to Show Cause [DE 44], the Court approves that Parties' agreement and enters this final judgement.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Omar Shirley and against Defendants Starboard Yacht Group, L.L.C. and Jake Stratmann, jointly and severally, in the amount of seven thousand eight hundred and thirty-two dollars and twenty-two cents ($ 7,832.22) for all of his claims contained in the Complaint, plus reasonable attorneys' fees, costs, and expenses in an amount to be determined later by the Court.

Case 0:20-cv-60792-WPD Document 46 Entered on FLSD Docket 08/13/2020 Page 2 of 2

2. This Judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, which represents post-judgment interest.

3. The Plaintiff shall file any motion(s) for attorneys' fees, bill of costs, or motion to tax costs on or before **September 13, 2020** and consistent with the Local Rules governing such filings.

4. The Court reserves jurisdiction as to the Plaintiff's claims for attorneys' fees and costs, and for enforcement of this Judgment.

5. Concerning all of the relief provided herein, LET EXECUTION ISSUE.

6. The Clerk is directed to **CLOSE** and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of August, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Provided to:

Counsel of Record