UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

CASE NO. 22-60854-CIV-SINGHAL

PAUL FORSYTHE,

     Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC,
a Florida limited liability company,
and JAKE STRATMANN,

     Defendants.

_____/

## **NOTICE OF APPEARANCE**

The law firm of Valcourt and Associates LLC and Attorney Matthew J. Valcourt herein enters

their appearance as Counsel on behalf of the Defendants, Starboard Yacht Group LLC and Charles

Jacob "Jake" Stratmann, in the above captioned cause, and hereby requests that a copy of all

pleadings and papers in this cause be served on the undersigned at the address and email addresses

below.

     s/Matthew J. Valcourt
     Matthew J. Valcourt
     Fla Bar No 0088791
     VALCOURT AND ASSOCIATES LLC
     850 NE Third Street, Suite 208
     Dania, FL 33004
     Telephone: (305) 763-2891
     Facsimile: (305) 470-7484
     Emails: mvalcourt@valcourtlaw.com; mvalcourt86@gmail.com
     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/ Matthew J. Valcourt_
Matthew J. Valcourt