UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-60854-CIV-SINGHAL


PAUL FORSYTHE,

     Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC,
a Florida limited liability company,
and JAKE STRATMANN,

     Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the file. Plaintiff Paul Forsythe filed a Motion for Summary Judgment (DE [36]) on January 29, 2024.  Pursuant to the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. FLA. L.R. 7.1(c).

On January 30, 2024, Defendants Starboard Yacht Group and Jake Stratmann's (collectively, "Defendants") counsel filed a motion to withdraw as counsel.  (DE [37]). When granting that motion, the Court stayed Defendants' time to respond to Plaintiff's Motion for Summary Judgment until twenty-one (21) days after Defendants complied with the Court's order to retain new counsel.  (DE [40] ¶¶ 4-5).  The Court further warned that if Defendants fail to do so, "the Court will immediately consider and rule on the merits of Plaintiff's Motion for Summary Judgment."  (DE [40] ¶ 5).

On February 20, 2024, Attorney Matthew Valcourt of Valcourt and Associates LLC filed a notice of appearance on behalf of both Defendants.  As a result, Defendants' deadline to respond to Plaintiff's Motion for Summary Judgment was March 12, 2024. The record, however, reflects that Defendants have failed to respond to Plaintiff's Motion.   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall file an opposing memorandum of law to Plaintiff's Motion for Summary Judgment by **March 18, 2024** or show cause in writing why the motion should not be granted by default.  Failure to respond by the above deadline will result in Plaintiff's Motion for Summary Judgment being granted by default without further notice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 13th day of March, 2024.

_____

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE