UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60854-AHS

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN

     Defendants.

_____/

## **NOTICE OF APPEARANCE**

Gina Marie Cadogan, Esq., of the law firm CADOGAN LAW, hereby enters her

appearance as Counsel on behalf of Defendants, STARBOARD YACHT GROUP, LLC

and JAKE STRATMANN.  Please provide copies of all pleadings, briefs, notices, orders,

motions and documents of any kind including all electronic filings.

Dated: March 15, 2024          Respectfully submitted,

                    By:   /s/ Gina M. Cadogan
                       GINA MARIE CADOGAN
                       Fla. Bar. 177350
                       CADOGAN LAW
                       300 S. Pine Island Road, Suite 107
                       Plantation, Florida 33324
                       Telephone: 954.606.5891
                       Facsimile: 877.464.7316
                       Email: gina@cadoganlaw.com
                       Email: tyler@cadoganlaw.com
                       Email: jessica@cadoganlaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of March 2024 that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By:  */s/ Gina M. Cadogan*
GINA MARIE CADOGAN, Esq.
Fla Bar No: 177350

## SERVICE LIST
**Paul Forsythe v. Starboard Yacht Group, LLC and Jake Stratmann**
**Case No. 0:22-cv-60854-AHS**

Chris Kleppin, Esq.
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
chris@kleppinlaw.com
kel@kleppinlaw.com
assistant@kleppinlaw.com
*[CM/ECF]*

2