*Used Shop for Personal Boat Repairs*



THE RIGHT CHOICE FOR TOTAL YACHT CARE.

| Date | Invoice # |
|---|---|
| 6/2/2020 | 2009-13065 |

**Bill To**

PAUL FORSYTHE..

| SO no | PO no | Terms | Due Date | Rep | Vessel Name | Vessel Location 1 | Estimate # |
|---|---|---|---|---|---|---|---|
|  |  |  | 6/2/2020 |  |  |  |  |

| Description | Qty | Rate | Date | Engineer | Amount |
|---|---|---|---|---|---|
| Gel Coat |  | 54.12 |  |  | 54.12 |

| | |
|---|---|
| **Subtotal** | $54.12 |
| **Sales Tax (7.0%)** | $0.00 |
| **Total** | $54.12 |
| **Payments/Credits** | -$54.12 |
| **Balance Due** | $0.00 |

**EXHIBIT 2**

| E-mail | Web Site |
|---|---|
| jake@starboardyacht.com | www.starboardyacht.com |



**FGCI®**
**FiberGlass Coatings, Inc.**
FGCI.COM

FiberGlass Coatings Inc.
4301A 34th Street N.
St. Petersburg, FL 33714
United States of America
Phone: 727-327-8117 Fax: 727-327-6691

## INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | **453960** |
| INVOICE DATE | 7/06/20 |

Remit To:
4301 A 34th Street North
St.Petersburg, FL 33714

303891
S O L D   T O
STARBOARD YACHT GROUP
850 NE 3RD ST  SUITE 106
DANIA BEACH, FL 33004
United States of America
954-376-5400 OR 954-

S H I P   T O
STARBOARD YACHT GROUP
850 NE 3RD ST  SUITE 106
DANIA BEACH, FL 33004
United States of America

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|
| 14571 | Our Truck | | NET 30 |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 7/06/20 | 24 | 48 | **757027-000** |

SPECIAL INSTRUCTIONS:

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.00 | .00 | 1.00 | EA | 133946<br>GEXT_Iso White_1Gl Cn<br>GelCoat_W-1393-LHL | 31.8800 | .00 |
| 1.00 | 1.00 | .00 | EA | 132661<br>Mekp-925_Clear_1oz Btl<br>Norox 50% Catalyst | 2.9000 | 2.90 |
| 1.00 | 1.00 | .00 | EA | 124843<br>Cup_1oz_Graduated_Poly | .0299 | .03 |

*All other materials used from Shop supplies*

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 2.93 | .00 | .00 | 2.93 | .00 | | 2.93 |



**FGCI®**
**FiberGlass Coatings, Inc.**
FGCI.COM

FiberGlass Coatings Inc.
4301A 34th Street N.
St. Petersburg, FL 33714
United States of America
Phone: 727-327-8117 Fax: 727-327-6691

## INVOICE

| PAGE | 1 |
|---|---|
| INVOICE NO. | **455857** |
| INVOICE DATE | 7/09/20 |

Remit To:
4301 A 34th Street North
St.Petersburg, FL 33714

| | |
|---|---|
| **SOLD TO** 303891<br>STARBOARD YACHT GROUP<br>850 NE 3RD ST  SUITE 106<br>DANIA BEACH, FL 33004<br>United States of America<br>954-376-5400 OR 954- | **SHIP TO** STARBOARD YACHT GROUP<br>850 NE 3RD ST  SUITE 106<br>DANIA BEACH, FL 33004<br>United States of America |

| CUSTOMER PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|
| 14571 | Customer Pick-Up | NET 30 |

| DATE SHIPPED | SLMN 1 | SLMN 2 | PICK TICKET NO. |
|---|---|---|---|
| 7/09/20 | 24 | 48 | **757027-001** |

SPECIAL INSTRUCTIONS:

| ORDERED | SHIPPED | BACK ORDERED | U/M | ITEM NO./ DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.00 | 1.00 | .00 | EA | 126209<br>GEXT_Ultra Plus White_1Gl Cn<br>GelCoat_81-111000 | 34.0000 | 34.00 |

| SUBTOTAL | SHIPPING & HANDLING | TAX | SUBTOTAL | DEPOSIT | | BALANCE DUE |
|---|---|---|---|---|---|---|
| 34.00 | .00 | .00 | 34.00 | .00 | | 34.00 |