# Paul Forsythe

Pembroke Pines, FL 33024
paulforsythe85_ipr@indeedemail.com
(954)790-8906

Chief Petty Officer and Military Veteran with a Secret Security Clearance and 23 years of proven experience in the United States Coast Guard. Accomplished measurable results while leading teams of deck officers in a dynamic, fast - paced maritime environment. Possess a comprehensive background in maritime industry derived from conducting domestic and global operations in Most Caribbean and Bahrain. Managed risk upon multiple lines to protect assets, property, and equipment valued over $200 million dollars while meeting the expectations of senior leadership. Possess extensive knowledge in Maritime Industry. Recipient of multiple awards for outstanding performance and professionalism. Career supported by a Professional Pilot Technology degree.

- Career Experiences
- Leadership
- Maritime Professional

- Proficiencies
- Instructor Development
- Policy Implementation

- Specialties
- Communication
- Microsoft Office Suite

Authorized to work in the US for any employer

## Work Experience

### Chief Boatswains Mate
U. S. Coast Guard - Miami, FL
1995 to 2018

Operations Officer, First Lieutenant, Executive Petty Officer
- Executive Officer position of search and rescue unit with seventy-eight assigned
- Responsible for multi-million dollar vessels and highly classified equipment
- Operations Officer that resulted in successful resulting in millions of dollars of narcotics from entering this country

Petty Officer First Class
- Deck Watch Officer
- Fiberglass and Gel coat certified
- Mercury Marine Mechanic
- Professional Licensed Captain
- Private Pilot

**EXHIBIT 3**

## Education

**Associate in Science in Professional Pilot Technology**
Miami Dade College

**Certificate of Completion in Computer Information**
Bellevue University - Bellevue, NE

## Skills

- C++
- Html
- Visual basic
- Css
- Sharepoint
- Web design
- Java
- Microsoft office
- Microsoft windows
- Mac
- Bridge
- Renovation
- Multi-Family

## Links

http://LinkedIn.com/in/paul_forsythe10

## Military Service

**Branch: Coast Guard**
Service Country: United States
Rank: E/7 Chief Petty Officer
July 1997 to September 2018

Commendations:
4 Achievement Medals
Accommadation Medals

## Assessments

**Mechanical Skills: Aptitude — Expert**
October 2019

Understanding and applying mechanical concepts and processes.