

Starboard EOS Google Sheet

File   Edit   View   Insert   Format   Data   Tools   Extensions   Help

| | | 6/16/20 | 4/1/20 | 4/7/20 | 4/14/20 | 4/21/20 | 4/28/20 | 5/5/20 | 5/19/20 | 5/27/20 |
|---|---|---|---|---|---|---|---|---|---|---|
| **JUNE 12th 2020** | | | | | | | | | | |
| SYG | Revenue: $▮ | Not Done | off track | off track | off track | on track | on track | on track | off track | off track |
| PAUL | Create checklist for each scenario Job sart to finish followed by all | Not Done | on track | on track | on track | on track | on track | off track | on track | on track |
| PAUL | All teams have their staffing needs RPRS | Done | on track | off track | off track | on track | on track | on track | on track | off traack |
| PAUL | Review all employees this quarter | Not Done | on track | on track | on track | on track | on track | off track | on track | |
| ELVIS | Inventory system in place for all the parts | Done | on track | on track | on track | on track | on track | off track | on track | |
| JAKE | State of the Company address - Everyone aligned in Vision | Not Done | on track | on track | on track | on track | on track | on track | on track | off track |
| BENNY | Maintinance & inventory of equipment | Done | on track | on track | on track | on track | | on track | | on track |
| BENNY | All jobs are < ▮ labor overrun and < ▮ of parts unaccounted for | Done | on track | on track | on track | on track | | on track | | on track |
| BENNY | Go through project management training + How to be a great boss book | Not Done | on track | on track | on track | on track | | on track | | on track |
| Pat | Hire cross-trained Mechanic/ Electronics/ Seakeeper Techs | Done | on track | on track | off track | on track | | on track | on track | on track |
| Pat | All jobs are < ▮% labor overrun and < ▮ of parts unaccounted for | Done | on track | on track | off track | on track | | on track | on track | on track |
| Pat | Go through project management training + How to be a great boss book | Not Done | on track | on track | on track | | | on track | on track | |
| ELVIS | All managers request parts with full information | Done | on track | on track | on track | on track | on track | on track | on track | on track |
| ELVIS | Parts runner RPRS | Done | on track | off track | off track | off track | on track | off track | on track | off track |
| ELVIS | < ▮% of parts unaccounted for | Done | on track | on track | on track | on track | on track | on track | on track | |
| G | Hire 1 full-time Detailing Crew RPRS | Done | on track | on track | | on track | | on track | | off track |
| G | All jobs are < ▮ labor overrun and < ▮ of parts unaccounted for | Done | on track | on track | | on track | | on track | | on track |
| G | Go through project management training + How to be a great boss book | Done | on track | on track | | on track | | on track | | on track |
| GUS | Ferretti/Humphry training RPRS | Done | on track | off track | on track | on track | | on track | on track | |
| GUS | All jobs are < ▮ labor overrun and < ▮ of parts unaccounted for | Done | on track | on track | on track | on track | | on track | on track | |
| GUS | Go through project management training + How to be a great boss book | Done | on track | on track | on track | | | on track | on track | |
| JAKE | Develop sales process to handover to Ops | Not Done | on track | on track | on track | on track | on track | on track | off track | off track |
| JAKE | Do the Budget | Not Done | on track | on track | on track | on track | off track | off track | on track | on track |
| JAKE | Restructure Debt | Done | on track | on track | on track | on track | on track | off track | on track | |
| JAKE | Decision on finance management software | Done | on track | on track | on track | on track | on track | on track | off track | |
| JON | Hire SeaKeeper Crew | Done | off track | off track | off track | off track | off track | on track | off track | |
| JON | Demo boat being showed and used minimum twice per month | Not Done | on track | demo track | on track | on track | off track | on track | off track | |
| JON | All jobs are < ▮ labor overrun and < ▮ of parts unaccounted for | Not Done | on track | on track | off track | on track | on track | on track | off track | |
| JON | Go through project management training + How to be a great boss book | Done | on track | on track | on track | on track | on track | on track | on track | |
| PAUL | Osha training for all company (Elvis is certified) | Done | on track | on track | on track | on track | on track | on track | on track | on track |
| PAUL | Project Management software + CRM being used by all managers | Not Done | on track | on track | off track | on track | off track | off track | on track | on track |
| PAUL | Organize the shop | Done | on track | on track | on track | on track | on track | on track | on track | on track |

Starboard EOS Google Sheet

File   Edit   View   Insert   Format   Data   Tools   Extensions   Help

Q Menus    50%    $   %  .0 .00  123   Arial   −  10  +  B  I  A

T23    fx

**MARCH 15th 2020**

| Owner | Description | 12/17/19 | 1/7/2020 | 1/21/20 | 2/11/20 | 2/18/20 | 2/26/20 | 3/3/20 | 3/11/20 |
|---|---|---|---|---|---|---|---|---|---|
| | Revenue: $███M | | | | off track | on track | on track | on track | on track |
| JON | Demo boat being showed and used minimum twice per month | Not Done | on track | On track | on track | off track | off track | off track | off track |
| THERESA | Scorecard in place with all data | Done | on track | On track | on track | on track | on track | on track | off track |
| JAKE | 6 Seakeeper sales | Done | on track | On track | on track | on track | on track | on track | on track |
| RENEE | Project Management software + CRM being used by all manage | Not Done | on track | On track | on track | on track | off track | off track | off track |
| PAUL | All teams have their staffing needs RPRS | Not Done | on track | Off track | on track | on track | on track | on track | off track |
| BENNY | Team RPRS | Done | on track | | on track | on track | on track | on track | |
| BENNY | All jobs are <███% labor overrun and ███% of parts unaccounted for | Done | on track | | on track | on track | on track | on track | |
| BENNY | Maintinance & inventory of equipment | Not Done | on track | | off track | on track | off track | on track | |
| ELVIS | All managers request parts with full information | Not Done | | Off track | | off track | off track | | on track |
| ELVIS | Paperwork done everyday to post invoices | Done | | On trck | | on track | off track | | on track |
| ELVIS | ███ of parts unaccounted for | Done | | Off track | | off track | on track | | on track |
| ELVIS | Inventory in place for all the parts | Not Done | | On track | | off track | off track | | off track |
| CHRIS | Mechanics Team decision of RPRS | Not Done | off track | On track | on track | on track | on track | on track | off track |
| CHRIS | All jobs are <██% labor overrun and <██% of parts unaccounted for | Done | off track | On track | on track | on track | on track | on track | on track |
| GERALDO | Hire 2 full-time Detailing Crew RPRS | Not Done | off track | On track | | on track | on track | on track | off track |
| GERALDO | All jobs are <██% labor overrun and <██% of parts unaccounted for | Done | off track | On track | | on track | on track | on track | on track |
| PaUL | Open order screen and print out original work orders | Done | | Off track | | on track | on track | | on track |
| PAUL | Develop and implement, measure PM process for SYG Ops | Not Done | on track | On track | on track | on track | on track | on track | on track |
| PAUL | Estimating process in place for labor/parts with team | Done | on track | On track | on track | on track | on track | on track | on track |
| PAUL | All jobs are <███labor overrun and ███ of parts unaccounted for | Done | off track | On tack | on track | on track | on track | on track | on track |
| PAUL | Have 13 L-10 & Ops meetings rated 7+ | Done | on track | On track | on track | on track | on track | on track | on track |
| JAKE | Develop sales process to handover to Ops | Not Done | on track | On track | on track | on track | on track | on track | off track |
| JAKE | State of the Company address | Not Done | on track | On track | off track | off track | off track | off track | |
| JEREMY | All team RPRS | Done | on track | On track | on track | on track | on track | | |
| JEREMY | All jobs are <██% labor overrun and <██% of parts unaccounted for | Not Done | off track | Off track | on track | off track | off track | | |
| JON | Hire cross-trained mechanic like Gus | Not Done | off track | Off track | off track | off track | off track | off track | on track |
| JON | All jobs are <██% labor overrun and ███% of parts unaccounted for | Not Done | on track | On track | on track | on track | on track | on track | off track |
| RENEE | Create a visual SYG proven process (right tools, information, p | Not Done | on track | On track | off track | on track | off track | off track | off track |
| RENEE | Align website and marketing with new vision | Not Done | on track | On track | off track | off track | off track | off track | off track |
| RENEE | Have ██ leads from each Boatshow (Miami x2 + West Palm) | Done | on track | Off track | | on track | on track | on track | on track |
| THERESA | Collect $XXX of past A/R (███ of past A/R) | Not Done | off track | ? | off track | off track | off track | | |
| THERESA | Time sheet solution | Not Done | on track | On track | on track | off track | off track | off track | off track |