| From: | Paul Forsythe |
|---|---|
| To: | Jake Stratmann; Theresa; Elvis Starboard Yacht Group PARTS DEPT |
| Subject: | RE: Richmand Italia |
| Date: | Thursday, March 26, 2020 6:23:53 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.jpg |

Jake

All that work is done and if you have a chance tomorrow to QC with me and go over all the things you would like see done for a proper QC that would help me!

Make sure boats do not leave until everyone is happy

Paul

**From:** Jake Stratmann <jake@starboardyacht.com>

**Sent:** Thursday, March 26, 2020 6:20 PM

**To:** Theresa <Theresa@starboardyacht.com>; Paul Forsythe <Paul@starboardyacht.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>

**Subject:** Richmand Italia

Guys,

This is what I've signed off on so far with balance.

| Memo | Num | Date | Due Date | Aging | Amount | Open Balance |
|---|---|---|---|---|---|---|
| Estimate 2009-5608: | 2009-12970 | 03/26/2020 | 03/26/2020 | | ▇ | ▇ |
| storage | 2009-12961 | 03/24/2020 | 03/27/2020 | | ▇ | ▇ |
| *Seakeeper | 2009-12972 | 03/23/2020 | 03/23/2020 | 3 | ▇ | ▇ |
| bilge pump | 2009-12950 | 03/19/2020 | 03/19/2020 | 7 | ▇ | ▇ |
| dry out liner | 2009-12951 | 03/19/2020 | 03/19/2020 | 7 | ▇ | ▇ |
| bottom paint | 2009-12972 | 03/19/2020 | 03/25/2020 | 1 | ▇ | ▇ |

Respectfully,

Jake Stratmann

President



## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**

**Dania Beach, Florida, 33004**

www.StarboardYacht.com

Jake@StarboardYacht.com

**Office: (954) 376-5400**

**Mobile: (954) 873-8546**

Fax: (954) 920-6255