| | |
|---|---|
| **From:** | Paul Forsythe |
| **To:** | Jake Stratmann; Elvis Starboard Yacht Group PARTS DEPT; Gus Mena; Jessie Morton; Jonathan Kappock; Pat Brennan |
| **Cc:** | Theresa; Trevor; Renee Walker |
| **Subject:** | RE: Priorities for the Day WEDNESDAY |
| **Date:** | Wednesday, July 22, 2020 7:12:50 AM |

Sent from my T-Mobile 5G Device

Forgot about rubrail going on the seavee today.

GOOD MORNING TEAM!

Let's stay safe and make this a Awesome productive week.

Jack F. ***3 DAYS TILL SEATRIAL*** Intrepid launch today, Trevor to move vessel back to F dock slip. QC bottom coatings as 1 coat went on and 1 coat still needs to be applied

Source soft good material ASAP to be fabricated quickly SCOTT to fabricate ELVIS UPDATE ON MATERIAL STATUS???

Complete Seakeeper installation

Complete AC unit install

Complete generator install

QC QC QC CLEAN UP

Jeremy Beller

Manny UPDATE ON SCHEDULE for caulking and sanding. Jon needs to get in there or Gus coordinate

QC and complete detailing today if possible. TREVOR WHAT'S THE STATUS?

Richard Brouder

YEP parts should arrive THIS JOB NEEDS PM / MEET WITH YEP AND REVIEW FULL INSALLATON PLAN.

Complete Detail TREVOR WHAT'S THE STATUS

Send estimates for packing ect and hurricane plan

Freddy M. JESSY TO SEND FIBERGLASS TECH TO LMC

44 Cabo for Wayne

Haul out today and begin glass work TODAY ELVIS TO GET WITH EDDIE AND TREVOR TO HAUL OUT CAPT

Prestige ???

SEAKEEPER SERVICE CALLS FOR JON WHO MAY BE OUT TODAY!

Seakeeper Underway marine approved service

Seakeeper service Haulover Marina

Grand banks seakeeper service.

Gus, if jon is out today and you need him on Viking and intrepid you may have to help him with these 3 services

Demo Boats

Hit list on Everglades has a little bit of everything. Electronics was disconnected for transport and needs to be hooked up. Float switches circuit is down, replace fridge, Descale,

Sergio is fixing the tower today and the vessel is in slip B2 to be hauled out when needed. Do we have someone whom can fix the trim? Deadline on this boat is Friday EOB -

Lets stay focused on getting the right intel, parts, tools to the right person at the right time.

Look forward to working to get the right team in place in the right seats. Thank you for your commitment to SYG as we continue to achieve our success in our vision and strategy.

Thanks,

Jake Stratmann

President



## Starboard Yacht Group

**850 N.E. Third Street Suite 208**

**Dania Beach, Florida, 33004**

www.StarboardYacht.com

Jake@StarboardYacht.com

**Office: (954) 376-5400**

**Mobile: (954) 873-8546**

Fax: (954) 920-6255