| | |
|---|---|
| **From:** | Paul Forsythe |
| **To:** | Jake Stratmann |
| **Cc:** | Geraldo |
| **Subject:** | SYSTEMS CHECK DEJA VU JOE FALLON |
| **Date:** | Tuesday, May 12, 2020 5:59:02 PM |
| **Attachments:** | DEJA VU INSPECTION REPORT 5<br>DEJA VU INSPECTION REPORT 5 4        s<br>VesselSystemChecklistMAY42020         x |

JAKE

Please review and let me know if I need to correct anything. The photos are downloaded in the shared folders

Paul