| | |
|---|---|
| **From:** | Paul Forsythe |
| **To:** | Jake Stratmann |
| **Subject:** | Employee Warning Notice |
| **Date:** | Thursday, March 5, 2020 11:39:25 AM |
| **Attachments:** | Employee Warning ▮▮▮▮▮ |

Let me know if you approve

Paul

# EMPLOYEE WARNING NOTICE

**Name:** JACK HANEY                    **Department:** ADMINISTRATION

**Job Title:** PROJECT MANAGER              **Date:** 04 MAR 2020

**You are hereby notified that your performance in the following area(s) is unsatisfactory at this time. We want you to remain employed at this company, but failure to correct deficiencies may result in terminations of your employment.**

| | | | | |
|---|---|---|---|---|
| **Punctuality** | **Job Knowledge** | **Production** | **Safety** | **Completeness** |
| **Attendance** | **Job Skills** | **Accuracy** | **Cooperation** | _____ |
| **Attitude** | **Leadership** | **Obedience** | **Conduct** | _____ |

You are on probation for _30_days.

**Explanation and further details:** This is an official written reprimand of your failure to act in a professional manner in the work place. We at Starboard Yacht Group endeavor to maintain a healthy and comfortable environment for our employees. Any behavior or actions that violate the comfort of employees shall not be tolerated and will be strictly dealt with.

This notice is a warning against such future behavior. Failure to comply with organizational norms and disrupting office environment will lead to disciplinary action against you. You are required to issue a formal apology for your behavior. A copy of this warning will also be added to your employee record. This is to warn you that such language is not tolerated at Starboard Yacht Group. Employees are at all times expected to respect co-workers and maintain a cordial and comfortable office environment.

Profanity makes others around you uncomfortable. Please refrain from using such uncivilized language in the future, else disciplinary action shall be taken against you. This type of behavior is detrimental to the company and for future business.

**Follow-up action needed**

___It is imperative to work on your personal skills with other employees here at Starboard Yacht Group. Please take this time to reflect and come up with a viable plan to fix some of your frailties so we can continue to progress forward working together as a team player aboard Starboard Yacht Group.  Your commitment to the company and your sacrifice to put the company first is crucial to all of all success.

_____
_____
_____

I acknowledge receipt of a copy of this warning and ACCEPT OR APPEAL _____

**Signature:** _____-