UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60854-AHS

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN

      Defendants.

_____/

## **NOTICE OF APPEARANCE**

Abhishek V. Ramaswami, Esq., of the law firm Cadogan Law, hereby enters his appearance as counsel on behalf of Defendants, Starboard Yacht Group, LLC and Jake Stratmann.  Please provide copies of all pleadings, briefs, notices, orders, motions, and documents of any kind including all electronic filings.

Dated: April 10, 2024              Respectfully submitted,

By:    /s/ Abhishek V. Ramaswami
        GINA MARIE CADOGAN
        Fla. Bar. 177350
        ABHISHEK V. RAMASWAMI
        Fla. Bar. 1031719
        CADOGAN LAW
        300 S. Pine Island Road, Suite 107
        Plantation, Florida 33324
        Telephone: 954.606.5891
        Facsimile: 877.464.7316
        Email: gina@cadoganlaw.com
        Email: ab@cadoganlaw.com
        Email: tyler@cadoganlaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April 2024 that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By:    */s/ Abhishek V. Ramaswami*
ABHISHEK V. RAMASWAMI, Esq.
Fla Bar No: 1031719

## SERVICE LIST
***Paul Forsythe v. Starboard Yacht Group, LLC and Jake Stratmann***
**Case No. 0:22-cv-60854-AHS**

Chris Kleppin, Esq.
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
chris@kleppinlaw.com
kel@kleppinlaw.com
assistant@kleppinlaw.com
*[CM/ECF]*

2