UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60854-CIV-SINGHAL

PAUL FORSYTHE,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

     Defendants.

_____/

## FINAL JUDGMENT

**PURSUANT** to the Court's Order April 15, 2024, **GRANTING** Plaintiff's Motion for Summary Judgment, the Court enters this separate Final Judgment under Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Paul Forsythe.  Plaintiff Paul Forsythe is entitled to $28,125 in unpaid overtime wages and $28,125 in liquidated damages, or $56,250 in total, from Defendants Starboard Yacht Group, LLC, and Jake Stratmann, jointly and severally.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of April 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF