UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60854-AHS

PAUL FORSYTHE,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC
and JAKE STRATMANN

      Defendants.

_____/

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, STARBOARD YACHT GROUP, LLC and

JAKE STRATMANN, pursuant to Federal Rules of Appellate Procedure 3 , 4 and 28

U.S.C. §1291, hereby appeals to the United States Court of Appeals for the Eleventh

Circuit the Final Judgment favoring Plaintiff, PAUL FORSYTHE. [DE 55]

Dated: May 14, 2024              Respectfully submitted,

By:    /s/ Gina M. Cadogan
          GINA MARIE CADOGAN
          Fla. Bar. 177350
          ABHISHEK V. RAMASWAMI
          Fla. Bar. 1031719
          CADOGAN LAW
          300 S. Pine Island Road, Suite 107
          Plantation, Florida 33324
          Telephone: 954.606.5891
          Facsimile: 877.464.7316
          Email: gina@cadoganlaw.com
          Email: ab@cadoganlaw.com
          Email: tyler@cadoganlaw.com
          *Attorneys for Defendants/Appellants*

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of May 2024 that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Gina M. Cadogan*
GINA MARIE CADOGAN, Esq.
Fla Bar No: 177350

### **SERVICE LIST**
***Paul Forsythe v. Starboard Yacht Group, LLC and Jake Stratmann***
**Case No. 0:22-cv-60854-AHS**

Chris Kleppin, Esq.
The Kleppin Firm, P.A.
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Telephone: 954-424-1933
Fax: 954-474-7405
chris@kleppinlaw.com
kel@kleppinlaw.com
assistant@kleppinlaw.com
*[CM/ECF]*