UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-60854-CIV-AHS

PAUL FORSYTHE,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, and
JAKE STRATMANN,

Defendants.
_____/

## RELEASE OF JUDGMENT

I, Paul Forsythe, am the owner and holder of a certain Final Judgment rendered in the above-captioned civil action, dated April 15, 2024, in the amount of $56,250.00 against Starboard Yacht Group, LLC, does hereby acknowledge that all sums due under said Final Judgment, including post-judgment interest have been fully paid and that said Final Judgment is hereby released of record.

DATED on July 23, 2024.

By: Paul Forsythe
Judgment Holder